```
                                              F I L E D
                                                 Clerk
                                              District Court

                                              JUL 2 8 2005

                                         For The Northern Mariana Islands
                                         By_____
                                                  (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) | CR No: ~~CR 04-00038~~ CR 05-00026 |
|---|---|---|
| Plaintiff, | ) | **SUPERSEDING INFORMATION** |
| vs. | ) | |
| CARL CABRERA, | ) | **COUNT 1**<br>Conspiracy to Distribute Methamphetamine<br>21 U.S.C. §846<br>21 U.S.C. §841(a)(1)<br>21 U.S.C. §841(b)(1)(B) |
| Defendant. | ) | |

The United States Attorney charges:

## COUNT 1

Between about 2000 and December 2005, the defendant, CARL CABRERA, did knowingly and unlawfully combine, conspire, confederate and agree with other persons, known and unknown to the United States, to distribute 5 grams or more of methamphetamine in the form commonly known as "ice", a Schedule II controlled substance, in the District of The Northern Mariana Islands, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

This is a violation of Title 21, United States Code, Section 846.

Respectfully Submitted,

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
JAMIE D. BOWERS
Assistant United States Attorney