F I L E D
Clerk
District Court

JUL 2 8 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

CR-05-00026

July 28, 2005
3:00 p.m.

## UNITED STATES OF AMERICA -v- CARL CABRERA

PRESENT:   HON. DAVID A. WISEMAN, DESIGNATED JUDGE PRESIDING
SANAE SHMULL, COURT REPORTER
K. LYNN LEMIEUX, COURTROOM DEPUTY
TIMOTHY MORAN, ASSISTANT U.S. ATTORNEY
TIMOTHY BELLAS, ATTORNEY FOR DEFENDANT
CARL CABRERA, DEFENDANT

PROCEEDINGS: WAIVER OF INDICTMENT AND ENTRY OF PLEA

**CARL CABRERA**.

Defendant appeared with court appointed counsel, Attorney Timothy Bellas. Government was represented by Timothy Moran and Jamie Bowers, AUSAs.

Defendant was sworn and examined as to his health, state of mind, understanding of the charges in the Superceding Information and his constitutional rights.

Defendant stated that he wished to waive the indictment and enter a plea to the charges in the information. The defendant and his counsel signed the waiver in open court. Court stated that the waiver was knowingly, voluntarily, and intelligently made and therefore was accepted by the Court.

Defendant waived reading of the superseding information and entered a plea of **GUILTY**. Court accepted defendant's plea of guilty. Court ordered that sentencing be scheduled for **Tuesday, November 1, 2005 at 9:30 a.m.** That presentence investigation report shall be due September 27, 2005.

Government moved to "unseal" the plea agreement (CR-04-00038-003) signed by the defendant. Court so ordered.

Defendant was remanded into the custody of the U.S. Marshal.

Adj. at 3:40 p.m.

_____
K. Lynn Lemieux, Courtroom Deputy