IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

F I L E D
Clerk
District Court

JUL 2 8 2005

For The Northern Mariana Islands
By
(Deputy Clerk)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARL CABRERA,<br><br>Defendant. | **WAIVER OF SUPERSEDING INDICTMENT**<br><br>CASE NUMBER: ~~CR-04-00038~~<br>CR 05 00026 |

I, **CARL CABRERA**, understand that I am accused of committing the crime of Conspiracy to Distribute Methamphetamine "Ice", a Schedule II Controlled Substance, in violation of Title 21, U.S.C., §§ 841(a)(1), 841(b)(1)(B), and 846. I have been advised of the nature of the charge, the proposed Superseding Information, and of my constitutional rights, and hereby waive in open court, waive prosecution by Indictment and consent that the proceeding may be by Information rather than by Grand Jury Indictment.

_____  7.28.05
CARL CABRERA
Defendant

_____
TIMOTHY BELLAS
Counsel for Defendant

Before _____
Judge, District of the Northern Mariana Islands