FILED
Clerk
District Court

JUL 28 2005

For The Northern Mariana Islands
By________________
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. CARL CABRERA, Defendant. | ) | CRIMINAL ACTION NO. 05-00026 ORDER SETTING SENTENCING DATE |

IT IS HEREBY ORDERED that the defendant be referred to the US. Probation Office for investigation and report. The presentence investigation report is due on **September 27, 2005.** Sentencing is scheduled for **Tuesday, November 1, 2005** commencing at the hour of nine o'clock a.m.

DATED this 28th day of July, 2005.

DAVID A. WISEMAN, Designated Judge

AO 72
(Rev. 8/82)