FILED
Clerk
District Court

OCT 2 5 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

LEONARDO M. RAPADAS
United States Attorney
TIMOTHY E. MORAN
Assistant United States Attorneys
DISTRICT OF THE NORTHERN
   MARIANA ISLANDS
Horiguchi Building, Third Floor
P.O. Box 500377
Saipan, MP 96950
Telephone:   (670) 236-2982
Fax:            (670) 236-2985

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>CARL CABRERA,<br><br>        Defendant. | Criminal Case No. 05-00026<br><br>STIPULATION CONCERNING<br>CHANGE OF SENTENCING DATE |

IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, by Leonardo M. Rapadas, United States Attorney, and Timothy E. Moran, Assistant United States Attorney, of counsel, and Carl Cabrera, the defendant, by and through his attorney, Timothy H. Bellas, Esq., that the sentencing now scheduled for Tuesday, November 1, 2005 at 9:00 a.m. shall be rescheduled for ~~Tuesday, January 24, 2006~~ at 9:00 am, so that the defendant

FRIDAY FEBRUARY 3 2006 at 9:00 a.m. [handwritten]

///

///

1 | may continue to cooperate with the government.

LEONARDO M. RAPADAS
United States Attorney
District of the Northern Mariana Islands

DATED: 10/24/05          By: _____
                              Timothy E. Moran
                              Assistant U.S. Attorney

DATED: 10/24/05          _____
                              Timothy H. Bellas
                              Attorney for Carl Cabrera

SO ORDERED.

_____
HONORABLE ALEX R. MUNSON
Chief Judge, District Court of the NMI