# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARL CABRERA,<br><br>Defendant. | Criminal Action No. 05-00026<br><br><br><u>Order Rescheduling Sentencing</u> |

Timothy Moran
Assistant U.S. Attorney
P.O. Box 500377
Saipan, MP 96950

Timothy H. Bellas
Attorney at Law
P.O. Box 502845
Saipan, MP 96950

The Sentencing in the above case scheduled for Friday, February 3, 2006, at 9:00 a.m., is rescheduled to Wednesday, February 8, 2006, at 10:30 a.m.

IT IS SO ORDERED.

DATED THIS 4th day of January, 2006.

_____
Judge Alex R. Munson

AO 72
(Rev. 08/82)