```
LEONARDO M. RAPADAS
United States Attorney
TIMOTHY E. MORAN
Assistant United States Attorneys
DISTRICT OF THE NORTHERN
    MARIANA ISLANDS
Horiguchi Building, Third Floor
P.O. Box 500377
Saipan, MP 96950
Telephone:  (670) 236-2982
Fax:        (670) 236-2985
```

F I L E D
Clerk
District Court

FEB - 8 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>          )<br>          Plaintiff, )<br>          )<br>     v.   )<br>          )<br>CARL CABRERA, )<br>          )<br>          Defendant. )<br>          )<br>_____ ) | Criminal Case No. 05-00026<br><br>STIPULATION CONCERNING<br><u>CHANGE OF SENTENCING DATE</u> |

IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, by Leonardo M. Rapadas, United States Attorney, and Timothy E. Moran, Assistant United States Attorney, of counsel, and Carl Cabrera, the defendant, by and through his attorney, Timothy H. Bellas, Esq., that the sentencing now scheduled for Wednesday, February 8, 2006 at 10:30 a.m. shall be rescheduled for **Wednesday, March 8, 2006 at 9:00 am**, so that the

///

///

defendant may continue to cooperate with the government.

LEONARDO M. RAPADAS
United States Attorney
District of the Northern Mariana Islands

DATED: 2/6/06                By: _____
                                  Timothy E. Moran
                                  Assistant U.S. Attorney


DATED: 2/7/06                     _____
                                  Timothy H. Bellas
                                  Attorney for Carl Cabrera


SO ORDERED.

_____
HONORABLE ALEX R. MUNSON
Chief Judge, District Court of the NMI

RECEIVED

FEB - 7 2006

Clerk
District Court
For The Northern Mariana Islands

-2-