F I L E D
Clerk
District Court

SEP 1 1 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>           Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>CARL CABRERA,  )<br>  )<br>           Defendant.  )<br>_____) | CRIMINAL CASE NO. 05-00026-001<br><br>**TRANSFER OF JURISDICTION** |

On March 8, 2006, Mr. Carl Cabrera was sentenced in the U.S. District Court for the Northern Mariana Islands for Conspiracy to Distribute Methamphetamine, in violation of 21 U.S.C. §§ 841 (a)(1), (b)(1)(B), and 846. He was sentenced to 35 months of imprisonment followed by four years of supervised release with the following conditions: the defendant shall not commit another federal, state, or local crime; not unlawfully possess a controlled substance and shall refrain from any unlawful use of a controlled substance; submit to one drug test with in 15 days of release from imprisonment and at least two periodic drug tests thereafter; submit to a maximum of eight drug tests per month, as directed by the probation officer; submit to the collection of a DNA sample; comply with the standard conditions of supervised release as set forth by the U.S. Sentencing Commission; be prohibited from possessing a firearm or other dangerous weapon or have such at his residence; participate in a program approved by the U.S. Probation Office for substance abuse, which program may include testing to determine whether he has reverted to the use of drugs or alcohol and make a co-payment for the program at a rate to be determined by the U.S. Probation Office; refrain from the use of alcohol; seek and maintain gainful employment; and complete 300 hours of community service. In addition, he was ordered to pay a $100 special assessment fee.

Prior to Mr. Cabrera's release from imprisonment, he made a request to be released to the District of Hawaii. This office initiated an Transfer of Supervision request to the District of Hawaii and it was approved. Mr. Cabrera was released from custody on December 14, 2007.

On September 5, 2008, this officer received a telephone call from U.S. Probation Officer Anne Shimokawa from the District of Hawaii. Officer Shimokawa reported that she was recently apprized that Cabrera was involved in a fight at his work site that ended with him pulling a knife out and trying to stab someone. Cabrera ran off before police were called and is still at large. Officer Shimokawa was in the process of gathering information for a Petition for Warrant and asked that this district immediately request the Court to transfer jurisdiction to Hawaii so that the matter could be dealt with accordingly in that district.

Request for Transfer of Jurisdiction
RE: Carl Cabrera
USDC Cr. Cs. No. 05-00026-001
September 10, 2008

      This officer therefore recommends that the Court initiate a Transfer of Jurisdiction from the District of the Northern Mariana Islands to the District of Hawaii.

      RESPECTFULLY submitted this _10th_ day of September, 2008.

                              ROSSANNA VILLAGOMEZ-AGUON
                              Chief U.S. Probation Officer

                By:
                              MELINDA N. BRUNSON
                              U.S. Probation Officer

Reviewed By:

CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc: file